547 A.2d 751

**COMMONWEALTH of Pennsylvania**

v.

**Allen M. BUTLER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 29, 1988.

ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of the Superior Court is vacated and the case is remanded to that Court for reconsideration in light of *Commonwealth v. Meyers,* 516 Pa. 392, 532 A.2d 789 (1987).